UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT MORRISON,

Plaintiff,

v. C.A. No. 07-308ML

MICHAEL J. ASTRUE, Commissioner
Social Security Administration

Defendant.

ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further development of the record by an administrative law judge ("ALJ"), it is ordered that, upon remand, the ALJ will be instructed to:

1. Update the medical evidence and conduct a new hearing; and

2. Discuss the opinion evidence from Dr. Anthony Merlino and explain the reasons for the weight it is afforded; and

3. In assessing the Plaintiff's ability to perform past relevant work, explain how Plaintiff's work as a Jewelry Carder qualifies as past relevant work.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the cause to the Commissioner for further proceedings. The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 25th day of January, 2008.

Mary M. Lisi
USDJ

______________________________