# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**ROBERT MORRISON**

**Vs.** **C.A. NO. 07-308ML**

**MICHAEL J. ASTRUE, Commissioner**
**Social Security Administration**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter under Sentence Four of 42 U.S.C. § 405(g) and pursuant to the Order dated January 25, 2008, the Commissioner's decision is reversed and the case is remanded for further proceedings.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: January 25, 2008